## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-11400 |
| Steven M McFarland | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Daniel R. Fine |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation to decrease the plan payment to $2,000 a month commencing with the September 2026 plan payment and then to $2,854 a month commencing with the November 2027 plan payment.

2. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Honorable Daniel R. Fine
United States Bankruptcy Judge

Dated:  July 23, 2026

**Prepared by:**

David H. Cutler, esq.,
Counsel for Debtor:
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600